## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew J. O'Hara                                    CHAPTER 13

Debtor(s)

BKY. NO. 26-10826 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
18 Mar 2026, 12:17:49, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 37f6b663fd9839fcab01c23cea13a7d37885e0dfafb2b12e328c5e9defbfb4a3