**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE**: Andrew J. O"Hara                    Bankruptcy No. 26-10826

                Debtor                    Chapter 13

**CERTIFICATION OF SERVICE**

I, Diana M. Dixon, certify that on May 17, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:.

Documents:

First Amended Plan

I certify under penalty of perjury that the above documents were sent using the mode of service indicated

Date: May 17, 2026                    S/Diana M. Dixon, Esquire
                                          Diana M. Dixon, Esquire #34808
                                          107 N. Broad Street
                                          Suite 307
                                          Doylestown, PA  18901
                                          215-534-1258
                                          PO Box 8333
                                          Wayne, PA  19087
                                          Email: dianamdixonesq@gmail.com

Mailing List Exhibit (Check all that apply. If via email, include email address.


Name: Kenneth E. West, Trustee
Address: 190 N. Independence Mall West, Suite 701, Phila. PA  19106
Relationship of Party: Chapter 13 Trustee
Via: ____1st Class Mail        ____Certified Mail        ____Email        __X__CM/ECF
 rholber@holber.com

Name: Office of the United States Trustee
Address: Robert N.C. Nix Fed. Cthse, 900 Market Street, Suite 320, Phila., PA  19107
Relationship of Party: US Trustee
Via: ____1st Class Mail        ____Certified Mail        ____Email        __X__CM/ECF

Name: Andrew J. O"Hara
Address: 2122 Wayne Avenue, Abington, PA  19001
Relationship of Party: Debtor
Via: _X___1st Class Mail        ____Certified Mail        ____Email        ____Other

Name: TD Bank, N.A.
Address: PO Box 1931, Burlingame, CA  94011
Relationship of Party: Debtor
Via: _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Ally Capital c/o AIS Portfolio Services, LLC
Address: 4515 N. Santa Fe Avenue. Dept. APS, Oklahoma City, OK  73118
Relationship of Party: Creditor
Via: _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: American Express National Bank, c/o Becket and Lee, LLP
Address: PO Box 3001, Malvern, PA  19355-0701
Relationship of Party: Creditor's Attorney
Via: _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: Quantum 3 Group, LLC as agent for Crown Asset Management, LLC
Address: PO Box 788, Kirkland, WA  98083-0788
Relationship of Party: Creditor
Via: _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: One Main Financial Group, LLC
Address: PO Box 3251, Evansville, IN  47731-3251
Relationship of Party: Creditor
Via: _X___1st Class Mail        ____Certified Mail        ____Email        ____CM/ECF

Name: One Main Financial Group, LLC

Address: PO Box 981037, Boston, MA  02298
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Wells Fargo Bank, N.A. Wells Fargo Card Services
Address: PO Box 10438, MAC F8235-02F, Des Moines, IA  50306-0438
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Pennymac Loan Services, LLC
Address: PO Box 2410, Moorpark, CA  93020
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Bank of America
Address: PO Box 673033, Dallas, TX  75267-3033
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Capital One
Address: PO Box 30285, Salt Lake City, UT  84130-0285
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Capital One Success by Merger to Discover
Address: Attn: Bankruptcy Dept., 4590 E. Broad Street, Columbus, OH  43213
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Santander Consumer, USA
Address:  Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX  75356-0284
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Weltman Weinberg & Reis Co.
Address: Attn: Michael Dougherty, Esq. 520 Walnut Street, Suite 1335, Phila. PA  19106
Relationship of Party: Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: Transworld Systems, Inc.
Address: PO Box 15130, Wilmington, DE  19850
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail          ____Certified Mail          ____Email          ____CM/ECF

Name: FirstSource Advantage, LLC
Address: 205 Bryant Woods South, Buffalo, NY  14228

Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail  ____Certified Mail  ____Email  ____CM/ECF

Name: Discover
Address: PO Box 30943, Salt Lake City, UT 84130
Relationship of Party: Creditor
Via:  _X___1st Class Mail  ____Certified Mail  ____Email  ____CM/ECF

Name: Crown Asset Management, LLC
Address: 3100 Breckinridge Blvd., Suite 725, Duluth, GA  30096
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail  ____Certified Mail  ____Email  ____CM/ECF

Name: Credit Control, LLC
Address: PO Box 31179, Tampa, FL  33631
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail  ____Certified Mail  ____Email  ____CM/ECF

Name: American Coradius International
Address: 2420 Sweet Home Road, Suite 150, Buffalo, NY  14228-2244
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail  ____Certified Mail  ____Email  ____CM/ECF

Name:
Address:
Relationship of Party: Collection Creditor
Via:  _X___1st Class Mail  ____Certified Mail  ____Email  ____CM/ECF